IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

HEIDI HEDGES,

    Plaintiff,

    v.

Commissioner of the Social Security
Administration,

    Defendant.

Civil No. 3:24-CV-2057-AR

[proposed] ORDER FOR ATTORNEY FEES
PURSUANT TO 28 U.S.C. § 2412(D)

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $8,500.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this ____*J*____ day of ____*July*____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER
        [3:24-CV-2057-AR ]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
6525 California Ave SW #101
Seattle, WA  98136
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

Page 2      ORDER
            [3:24-CV-2057-AR ]

## FEE AGREEMENT & CONTRACT
## FEDERAL COURT
## SOCIAL SECURITY DISABILITY APPEAL

**HEIDI HEDGES(the client),** hereby employs **DELLERT BAIRD LAW OFFICES, PLLC,** (DELLERT BAIRD) to represent them solely in appealing the denial of their claim for Social Security Benefits to the United States District Court for the District of Oregon, and if appropriate, to the Court of Appeals for the Ninth Circuit.

- DELLERT BAIRD will take all necessary actions to obtain a favorable result in the CLIENT's case.

- THE CLIENT understands that no attorney can promise a win, because independent courts make that decision.

- THE CLIENT understands that this agreement can be terminated at the option of DELLERT BAIRD if we are unsuccessful with our appeal to the District Court.

- THE CLIENT agrees that the CLIENT is responsible for notifying DELLERT BAIRD of any subsequent award of benefits following a Court remand order.

**ATTORNEY FEES:**

- THE CLIENT understands that the awards of attorney's fees is dependent on winning. If the CLIENT does not obtain remand, either for further proceedings or for payment of benefits, then DELLERT BAIRD will get no fees.

- THE CLIENT understands that if the Federal Court decides the case in their favor (remand for further proceedings OR for payment of benefits), their attorney's fee will be paid by the government pursuant to the Equal Access to Justice Act (EAJA). The fee will be based upon the hours spent by DELLERT BAIRD on their case, compensated at the statutory EAJA rate.

- THE CLIENT understands and agrees that any EAJA fee is awarded as payment to DELLERT BAIRD.

- THE CLIENT authorizes DELLERT BAIRD to take whatever steps are necessary to have such fees awarded on their behalf. The CLIENT agrees that if their attorney obtains an EAJA fee award, those fees are and shall be payable directly to their attorney and may be retained by their attorney to the extent permitted by law.

- THE CLIENT authorizes DELLERT BAIRD to retain any award directly deposited to the DELLERT BAIRD business bank account and to refund any portion of the award already paid by THE CLIENT

- The parties understand that the United States Treasury may withhold all or part of the EAJA fees if it determines that the CLIENT owes a federal debt (child support, back taxes, student loans, etc.).

- THE CLIENT authorizes DELLERT BAIRD to seek fees from their past due benefits totaling up to 25% of all past due benefits, pursuant to 42 U.S.C. § 406(b), if the CLIENT is awarded benefits by the Court on appeal, or by the Social Security Administration after the Court remands the case to the Social Security Administration for further proceedings.

Fee Agreement – Page 1

- DELLERT BAIRD agrees that the total amount of the 406(a) (payable for work before the Social Security Administration) and 406(b) fees (after offset of any EAJA fees received by DELLERT BAIRD), combined, shall not exceed 25% of their back benefits except in the circumstance described below.

- THE CLIENT understands that if the Treasury seizes the EAJA fees to satisfy any of their debts (described above), the CLIENT will be responsible for payment of the amount of the fee that was seized to DELLERT BAIRD. DELLERT BAIRD may recover this by requesting 406(b) fees that, in combination with 406(a) fees, total more than 25% of the back benefits.

## THE CLIENT WILL PAY EXPENSES:

- THE CLIENT understands that they are responsible for reasonable costs or expenses paid in their case. Expenses may include fees for medical records and reports; photocopying, postage, and travel expenses. Social Security appeals rarely involve costs or expenses beyond payment of the filing fee where THE CLIENT does not qualify to have this fee waived.

- DELLERT BAIRD will seek authorization from THE CLIENT before incurring any expenses.

- DELLERT BAIRD will seek to have any expenses paid through the EAJA award (or application for payment of costs) if it is successful in obtaining remand or reversal.

- DELLERT BAIRD agrees to reimburse the CLIENT for any expenses or costs that are paid in advance (typically the filing fee) if the case is remanded for payment of benefits or further proceedings and the costs or expenses are paid by the Defendant or the U.S. Attorney's Office.

- THE CLIENT agrees to pay any expenses if the administrative law judge's decision is affirmed and DELLERT BAIRD is not eligible for an EAJA award.

- DELLERT BAIRD will submit a bill for these expenses within thirty days of the case's closure. This bill will document how and when the expenses were incurred.

- THE CLIENT agrees to pay these expenses within 15 days of the date that the CLIENT receives the bill for costs.

THE PARTIES accept and approve this agreement.

_Heidi L Hedges_
Heidi Hedges

Date 12/11/24

_Christopher Dellert_
for Dellert Baird Law Offices, PLLC
PO Box 429
Spanaway, WA 98387s

Date: 12/12/24

Fee Agreement – Page 2

Time Sheet
Hedges v. SSA

| Date | Description | Time |
|---|---|---|
| 11/4/24 | Review file for appeal | 0.7 |
| 11/5/24 | Prepare and mail fee agreement and IFP | 0.2 |
| 12/12/24 | Prepare documents for appeal | 0.2 |
| 6/18/25 | Start Record Review | 1.6 |
| 6/19/25 | Finish Record Review | 8.3 |
| 6/20/25 | Start Brief | 1.6 |
| 6/21/25 | Continue Brief | 4.1 |
| 6/22/25 | Continue Brief | 7.2 |
| 6/23/25 | Revise Opening Brief | 2.3 |
| 7/1/25 | Final Revision | 4.0 |
| 9/9/25 | Review Briefing, ALJ Decision, Notes | 0.5 |
| 9/9/25 | Draft Reply | 1.4 |
| 9/10/25 | Finish Reply | 1.0 |
| 9/10/25 | Revise Reply | 0.7 |
| | Total Time | 33.8 |
| | 2025 EAJA Rate | $258.46 |
| | Total Attorney Fee | $8,735.95 |
| | Reduction | $235.95 |
| | Total EAJA Request | $8,500.00 |